PROB 12B
(7/93)

Report Date: May 22, 2009

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 26 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Darryl Trevino               Case Number: 2:06CR00086-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 6/26/2007            Type of Supervision:   Supervised Release

Original Offense: Felon in Possession of a Firearm,    Date Supervision Commenced: 4/14/2009
18 § 922(g)(1)

Original Sentence: Prison - 33 Months; TSR - 36    Date Supervision Expires: 4/13/2012
Months

---

### PETITIONING THE COURT

The defendant shall abstain from the use of any alcohol.

The defendant shall not frequent places where the primary item for sale is alcohol.

The defendant shall make payments of at least $50 per month toward the outstanding restitution balance in case 2:06CR00086-001.

### CAUSE

Mr. Trevino is currently under supervision with the U.S. Probation office in the District of Idaho. Robert Urbaniak, U.S. probation officer, has notified the undersigned officer of violation conduct involving Mr. Trevino possessing an open container of alcohol in a vehicle. The U.S. Probation Office in the District of Idaho has also requested that the defendant's schedule of payments toward restitution be set as indicated above. Mr. Trevino has agreed to the above modifications and has signed a waiver hearing. Attached for Your Honor's review and consideration is the letter received from the District of Idaho and signed waiver of hearing to modify conditions of supervision as reflected above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    5/22/09

Richard Law
U.S. Probation Officer

Prob 12B
Re: Trevino, Darryl
May 22, 2009
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

May 26 2009
Date