PROB 12B
(7/93)

Report Date: May 4, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 24 2011

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Darryl J Trevino                    Case Number: 2:06CR00086-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 6/26/2007                  Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm,   Date Supervision Commenced: 4/14/2009
18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 33 Months; TSR - 36       Date Supervision Expires: 4/13/2012
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant shall be placed on the location monitoring program for a period of 90 days. During this time, he shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at the place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The offender shall wear an electronic monitoring device and shall follow the electronic monitoring procedures specified by the probation department. The cost of electronic monitoring shall be paid by the offender.

## CAUSE

Mr. Trevino was arrested for the offense of driving while under the influence of alcohol and injury to a child. The offender is currently being supervised in the District of Idaho. Details of the offender's noncompliance are noted in the attached correspondence from the U.S. Probation Office in the District of Idaho. In addition to the above modification, it is also respectfully requested that the jurisdiction of this case be transferred to the District of Idaho. Should Your Honor concur, please sign the attached Probation Form 22.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   5/4/2011

s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
Re: Trevino, Darryl J
May 4, 2011
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_May 24, 2011_
Date

Darryl J. Trevino  
2:06CR00086-001

Petition to Modify Supervised Release Continued

April 29, 2011

PROB 49
(Rev. 3/03)

# UNITED STATES DISTRICT COURT

### District of Idaho

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

U. S. vs. Darryl Trevino          Dkt. No. 2:06CR00086-001

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or Supervised Release or to the proposed extension of my term of supervision:

The defendant shall be placed on the location monitoring program for a period of 90 days. During this time, he shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at the place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic monitoring device and shall follow the electronic monitoring procedures specified by the Probation Department. The cost of electronic monitoring shall be paid by the defendant.

Witness: _____          Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

_____
4/26/11
Date